John Marchewka, as Administrator, etc., Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

William Malone, Appellant, v. The Indian Refining Company, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of William J. Peach, Appellant, for a Writ of Habeas Corpus for the Purpose of Inquiring into the Legality of the Restraint and Detention of William J. Peach. The Constable of the Town of Richland, Respondent.— Order affirmed. All concurred.

Michael H. McCarthy, Respondent, v. International Railway Company and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

Margaret Wolff, Respondent, v. The City of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Landers, as Administratrix, etc., Respondent, v. People's Gas and Electric Company of Oswego, N. Y., Appellant.— Judgment and orders affirmed, with costs. All concurred.

John J. Clarke, as Sole Surviving Administrator, etc., Respondent, v. City of Syracuse, Appellant.— Judgment and order affirmed, with costs. All concurred.

Michael E. Welch, Respondent, v. Alfred Walrath, Appellant.— Judgment and order affirmed, with costs. All concurred.

Clarence M. Howard and Others, Respondents, v. Henry R. Hoffeld, Appellant.— Judgment affirmed, with costs. All concurred.

Caroline W. Hatch, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Defendant, and New York State Railways, Rochester Lines, Appellant.— Judgment and order affirmed, with costs. All concurred.

Atlanta Machine Works, Appellant, v. Edward G. Felthousen, Respondent.— Motion to dismiss appeal denied, without costs.

Sadie E. Minich, Respondent, v. International Railway Company, Appellant.— Motion to dismiss appeal granted, unless appellant serve brief in typewritten form and be ready to argue the appeal on December third, and pay to respondent's attorney ten dollars.

Annie Kiernan, Respondent, v. Frederick W. Buhlman and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

Hugh Barrett, Respondent, v. Buffalo General Electric Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

David A. Alexander, Plaintiff, v. Albert N. Wright and Others, Respondents.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants dismissing the complaint, with costs. All concurred.